**Order entered April 10, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00463-CR

**GERALD JEFFERSON MUNOZ MONTANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F18-00457-Y**

### ORDER

We **REINSTATE** this appeal.

We abated for the trial court to appoint new counsel. On April 8, 2020 the supplemental clerk's record containing the new appointment was filed. We **DIRECT** the Clerk to list Robert Baskett as counsel for appellant. All future correspondence shall be sent to Mr. Baskett at the address on file with the Court.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; Robert Baskett; the

Dallas County District Attorney's Office, Appellate Division, and appellant Gerald Jefferson Munoz Montano, TDCJ#02257354, Telford Unit, 3899 Hwy 98, New Boston, TX 75570.

Appellant's brief is due on or before June 1, 2020.

/s/    CORY L. CARLYLE
JUSTICE